# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 12-04927-FLK7 | Trustee: | (670150) | TERRY R. NEALEY |
|---|---|---|---|---|
| Case Name: | WALLA WALLA GARDENERS' ASSOCIATION, | Filed (f) or Converted (c): | 11/18/12 (f) | |
| | | §341(a) Meeting Date: | 12/11/12 | |
| Period Ending: | 12/31/15 | Claims Bar Date: | 03/11/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 205 N. 11TH AVENUE WALLA WALLA, WA 99362 Legal: Sale resulted in all proceeds paid to AmericanWest Bank. By agreement, a carve out for the Trustee's administration of the sale of the property was agreed to by the lender, AmericanWest Bank. See Asset No. 164. | 970,000.00 | 32,000.00 | | 0.00 | FA |
| 2 | Cash on Hand Trust Account Trust Account Minnick Imported from original petition Doc# 1 | 15,155.26 | 15,155.26 | | 15,155.26 | FA |
| 3 | Cookbook Checking Account American West Bank - A Funds taken by AmericanWest Bank. | 1,160.11 | 1,160.11 | | 0.00 | FA |
| 4 | Stock Purchase Account American West Bank - Acct Funds taken by AmericanWest Bank | 2,867.01 | 2,867.01 | | 0.00 | FA |
| 5 | Accounts Receivable No Value to Estate - all funds secured by AmericanWest Bank | 200,562.72 | 0.00 | | 0.00 | FA |
| 6 | IRS Tax Refund Internal Revenue Service | 54,427.00 | 54,427.00 | | 37,460.12 | FA |
| 7 | Vehicles (See Attachment 1) 210 N. 11th Avenue W See assets 16 through 25. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Forklifts/Hysters (See Attachment 2) 211 N. llth See assets 26 through 32 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2010 Toyota Tundra VIN #5TFDY5F12AX113500 211 N. | 27,000.00 | 27,000.00 | | 24,503.58 | FA |
| 10 | Office Equipment /Furnishings (See Attachment 3) Imported from original petition Doc# 1 | 6,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-04927-FLK7 | Trustee: | (670150) | TERRY R. NEALEY |
| Case Name: | WALLA WALLA GARDENERS' ASSOCIATION, | Filed (f) or Converted (c): | 11/18/12 (f) |
| | | §341(a) Meeting Date: | 12/11/12 |
| Period Ending: | 12/31/15 | Claims Bar Date: | 03/11/13 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | Machinery, Fixtures, Equipment/Supplies See Assets 33 through 159 (Lien stated in schedules was $141,000) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Inventory (See Attachment 5) Inventory of onions were no good, cumbersome to the estate and disposed of. | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Restitution - Kenneth Kallenberger (u) | 0.00 | 0.00 | | 12.20 | FA |
| 14 | Citibank Credit Card (Home Depot) (u) | 0.00 | 0.00 | | 15.03 | FA |
| 15 | Swire Coca Cola Vending Machine Commission (u) | 0.00 | 0.00 | | 18.24 | FA |
| 16 | 1982 GMC 1GDS7D4YOCV594913 See asset 7 | 2,500.00 | 2,500.00 | | 3,900.00 | FA |
| 17 | 1980 Ford X98WVGD8804 | 500.00 | 500.00 | | 2,250.00 | FA |
| 18 | 1987 Ford 1FTYR8DUDHVA15753 | 1,000.00 | 1,000.00 | | 1,600.00 | FA |
| 19 | Wabash Trailer | 8,000.00 | 8,000.00 | | 3,500.00 | FA |
| 20 | Trail Mobil Trailer | 1,000.00 | 1,000.00 | | 3,000.00 | FA |
| 21 | Unkown Trailer | 1,000.00 | 1,000.00 | | 1,640.00 | FA |
| 22 | 1995 Ford F150 1FTEF15N8SLB86144 | 2,000.00 | 2,000.00 | | 500.00 | FA |
| 23 | 1986 Kenworth Tractor | 4,000.00 | 4,000.00 | | 6,500.00 | FA |
| 24 | 1999 Kenworth Tractor | 7,500.00 | 7,500.00 | | 11,500.00 | FA |
| 25 | 1986 Great Dane Tractor | 3,000.00 | 3,000.00 | | 3,500.00 | FA |
| 26 | Hyster H50XMD177B214615 | 6,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-04927-FLK7 | Trustee: (670150) TERRY R. NEALEY |
|---|---|---|
| Case Name: | WALLA WALLA GARDENERS' ASSOCIATION, | Filed (f) or Converted (c): 11/18/12 (f) |
| | | §341(a) Meeting Date: 12/11/12 |
| Period Ending: | 12/31/15 | Claims Bar Date: 03/11/13 |

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | Hyster H50XMLA177D249173 | 1,000.00 | 0.00 | | 0.00 | FA |
| 28 | Hyster P50AA119DO2511Y | 2,000.00 | 0.00 | | 0.00 | FA |
| 29 | Hyster H30XMCOO1BO99746L | 2,000.00 | 0.00 | | 0.00 | FA |
| 30 | UNKNOWN 7FCU1860577 | 7,500.00 | 0.00 | | 0.00 | FA |
| 31 | Clark 055Y25/Y235-0028-5405FA | 500.00 | 0.00 | | 0.00 | FA |
| 32 | Hyster H25E Boo1D1236 | 500.00 | 0.00 | | 0.00 | FA |
| 33 | MAF Onion Line | 50,000.00 | 0.00 | | 0.00 | FA |
| 34 | Label head for Line (11) | 4,400.00 | 0.00 | | 0.00 | FA |
| 35 | Dial Platform Scales (5) | 500.00 | 0.00 | | 0.00 | FA |
| 36 | Arm Platform Scales (5) | 250.00 | 0.00 | | 0.00 | FA |
| 37 | 2 Conveyor w/Turntable | 300.00 | 0.00 | | 0.00 | FA |
| 38 | 4 Tall Locker Gang | 10.00 | 0.00 | | 0.00 | FA |
| 39 | 3 Tall Locker Gang | 5.00 | 0.00 | | 0.00 | FA |
| 40 | Lantec Pallet Wrapper | 6,500.00 | 0.00 | | 0.00 | FA |
| 41 | Z Wrapper | 500.00 | 0.00 | | 0.00 | FA |
| 42 | QQest Time Clock (2) | 100.00 | 0.00 | | 0.00 | FA |
| 43 | Skate Roller 15 Ft | 20.00 | 0.00 | | 0.00 | FA |
| 44 | Red Manual Pallet Jack | 100.00 | 0.00 | | 0.00 | FA |
| 45 | Palet Racking 24x3 ft | 300.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-04927-FLK7 | Trustee: | (670150) TERRY R. NEALEY |
|---|---|---|---|
| Case Name: | WALLA WALLA GARDENERS' ASSOCIATION, | Filed (f) or Converted (c): | 11/18/12 (f) |
| | | §341(a) Meeting Date: | 12/11/12 |
| Period Ending: | 12/31/15 | Claims Bar Date: | 03/11/13 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 46 | Bale Holder (2) | 40.00 | 0.00 | | 0.00 | FA |
| 47 | Turn Table 8 Ft | 100.00 | 0.00 | | 0.00 | FA |
| 48 | Copeland Refridgeration Compressor (2) | 1,000.00 | 0.00 | | 0.00 | FA |
| 49 | Mettler Toledo Digital Scale | 100.00 | 0.00 | | 0.00 | FA |
| 50 | Bin Dumper | 500.00 | 0.00 | | 0.00 | FA |
| 51 | Strapping Wheel | 25.00 | 0.00 | | 0.00 | FA |
| 52 | Strapping Air Tool (2) | 200.00 | 0.00 | | 0.00 | FA |
| 53 | Conveyor 4 ft. | 20.00 | 0.00 | | 0.00 | FA |
| 54 | Wooden Storage Units (2) | 10.00 | 0.00 | | 0.00 | FA |
| 55 | Shipping office Desks (2) | 20.00 | 0.00 | | 0.00 | FA |
| 56 | Shipping office Dell Computer | 50.00 | 0.00 | | 0.00 | FA |
| 57 | Shipping office misc. | 10.00 | 0.00 | | 0.00 | FA |
| 58 | Eight Lane Singulator | 750.00 | 0.00 | | 0.00 | FA |
| 59 | Four Lane Singulator | 500.00 | 0.00 | | 0.00 | FA |
| 60 | Hearst label heads (4) | 800.00 | 0.00 | | 0.00 | FA |
| 61 | Sorting Table 21 ft. | 200.00 | 0.00 | | 0.00 | FA |
| 62 | Sorting Table 11 ft (2) | 100.00 | 0.00 | | 0.00 | FA |
| 63 | Sorting Table 6 ft | 30.00 | 0.00 | | 0.00 | FA |
| 64 | Meat Saw | 10.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 5

| Case Number: | 12-04927-FLK7 | Trustee: | (670150) TERRY R. NEALEY |
| --- | --- | --- | --- |
| Case Name: | WALLA WALLA GARDENERS' ASSOCIATION, | Filed (f) or Converted (c): | 11/18/12 (f) |
| | | §341(a) Meeting Date: | 12/11/12 |
| Period Ending: | 12/31/15 | Claims Bar Date: | 03/11/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 65 | EDP 4 Head Bagger (3) | 3,000.00 | 0.00 | | 0.00 | FA |
| 66 | Daumer PA25 weighter w/elevator | 2,500.00 | 0.00 | | 0.00 | FA |
| 67 | Turn Table 7 ft | 75.00 | 0.00 | | 0.00 | FA |
| 68 | Danmar-Xarpamatic Clip Machine | 1,000.00 | 0.00 | | 0.00 | FA |
| 69 | Take away Conveyor/Elevator | 50.00 | 0.00 | | 0.00 | FA |
| 70 | Rucker Netting Machine | 75.00 | 0.00 | | 0.00 | FA |
| 71 | Bag Holder (3) | 75.00 | 0.00 | | 0.00 | FA |
| 72 | Sorting Line 11 ft | 200.00 | 0.00 | | 0.00 | FA |
| 73 | Hopper 4x5 ft. | 50.00 | 0.00 | | 0.00 | FA |
| 74 | Wathamatic Single Head Bagger | 50.00 | 0.00 | | 0.00 | FA |
| 75 | Screen Sizer 6x4 ft. | 1,000.00 | 0.00 | | 0.00 | FA |
| 76 | Sorting Table 10 ft | 50.00 | 0.00 | | 0.00 | FA |
| 77 | Transport 26 ft | 100.00 | 0.00 | | 0.00 | FA |
| 78 | Elevator 10x20 ft | 100.00 | 0.00 | | 0.00 | FA |
| 79 | No 2 Grading Line (part of main) | 500.00 | 0.00 | | 0.00 | FA |
| 80 | Earnst 4x9 ft sizer,brushes,sorting line | 3,000.00 | 0.00 | | 0.00 | FA |
| 81 | Hopper/Elevator Assembly | 200.00 | 0.00 | | 0.00 | FA |
| 82 | Pomona Box Filler w/end feed | 250.00 | 0.00 | | 0.00 | FA |
| 83 | Skate Table 6 ft | 25.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-04927-FLK7 | Trustee: | (670150) TERRY R. NEALEY |
|---|---|---|---|
| Case Name: | WALLA WALLA GARDENERS' ASSOCIATION, | Filed (f) or Converted (c): | 11/18/12 (f) |
| | | §341(a) Meeting Date: | 12/11/12 |
| Period Ending: | 12/31/15 | Claims Bar Date: | 03/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 84  Skate Table 9 ft | 50.00 | 0.00 | | 0.00 | FA |
| 85  Flodin Topper 5 ft wide (20 | 4,000.00 | 0.00 | | 0.00 | FA |
| 86  Floating 78" Bin Dumper (2) | 2,000.00 | 0.00 | | 0.00 | FA |
| 87  Even Flow Hopper (2) | 1,000.00 | 0.00 | | 0.00 | FA |
| 88  Bulk Unloader w/Elevator | 2,000.00 | 0.00 | | 0.00 | FA |
| 89  Cull Elevator and Hopper | 500.00 | 0.00 | | 0.00 | FA |
| 90  Bulk Unloader with Elevator | 500.00 | 0.00 | | 0.00 | FA |
| 91  Hydro Cooler-32 ft | 2,000.00 | 0.00 | | 0.00 | FA |
| 92  Custom Vegetable Washer | 1,000.00 | 0.00 | | 0.00 | FA |
| 93  Warehouse officeZ4MPLUS Thermal Printer (2) | 300.00 | 0.00 | | 0.00 | FA |
| 94  Warehouse office Dell Computer Vostro 220 | 30.00 | 0.00 | | 0.00 | FA |
| 95  Chair (2) | 20.00 | 0.00 | | 0.00 | FA |
| 96  Onion Peeling Table w/hopper | 1,000.00 | 0.00 | | 0.00 | FA |
| 97  Clark, Electric Pallet Jack w/charger | 1,200.00 | 0.00 | | 0.00 | FA |
| 98  Portable 175,000 BTU Oil Heater | 75.00 | 0.00 | | 0.00 | FA |
| 99  Small Lockers Gang | 10.00 | 0.00 | | 0.00 | FA |
| 100  Hand Stitcher for Bags | 20.00 | 0.00 | | 0.00 | FA |
| 101  Manual Pallet Jack | 150.00 | 0.00 | | 0.00 | FA |
| 102  Electric Box Stitcher-Ideal | 150.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-04927-FLK7  
**Case Name:** WALLA WALLA GARDENERS' ASSOCIATION,  

**Period Ending:** 12/31/15

**Trustee:** (670150) TERRY R. NEALEY  
**Filed (f) or Converted (c):** 11/18/12 (f)  
**§341(a) Meeting Date:** 12/11/12  
**Claims Bar Date:** 03/11/13

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 103 | 24 Inch Fan | 10.00 | 0.00 | | 0.00 | FA |
| 104 | Thermal Printer Zebra Z4M | 100.00 | 0.00 | | 0.00 | FA |
| 105 | Industrial Shelving Rack 8x8 ft. | 50.00 | 0.00 | | 0.00 | FA |
| 106 | Craftsman Radial Arm Saw | 50.00 | 0.00 | | 0.00 | FA |
| 107 | Antique Scale | 25.00 | 0.00 | | 0.00 | FA |
| 108 | Hamer Wire Bag Closer | 25.00 | 0.00 | | 0.00 | FA |
| 109 | Misc. Parts | 100.00 | 0.00 | | 0.00 | FA |
| 110 | Box Strapping Machine-Polychem PC100 | 200.00 | 0.00 | | 0.00 | FA |
| 111 | Antique Scales (2) | 50.00 | 0.00 | | 0.00 | FA |
| 112 | Supplies and Parts | 250.00 | 0.00 | | 0.00 | FA |
| 113 | Aluminum Dock Plats (2) | 300.00 | 0.00 | | 0.00 | FA |
| 114 | Sack Cart | 15.00 | 0.00 | | 0.00 | FA |
| 115 | Shelving Units (4) | 40.00 | 0.00 | | 0.00 | FA |
| 116 | Asparagus Packing Machines (19) | 3,800.00 | 0.00 | | 0.00 | FA |
| 117 | Champion 10 Horse Air Compressor | 250.00 | 0.00 | | 0.00 | FA |
| 118 | Ingersol Rand 10 Horse Air Compressor | 250.00 | 0.00 | | 0.00 | FA |
| 119 | 10 Horse Refrigeration Compressor (5) | 2,500.00 | 0.00 | | 0.00 | FA |
| 120 | 36" Industrial Fan | 50.00 | 0.00 | | 0.00 | FA |
| 121 | 12" Wire Belt Lacer | 50.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |  | | |
|---|---|---|---|---|
| Case Number: | 12-04927-FLK7 | Trustee: | (670150) | TERRY R. NEALEY |
| Case Name: | WALLA WALLA GARDENERS' ASSOCIATION, | Filed (f) or Converted (c): | 11/18/12 (f) | |
| | | §341(a) Meeting Date: | 12/11/12 | |
| Period Ending: | 12/31/15 | Claims Bar Date: | 03/11/13 | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 122 | Lamba Steam Cleaner | 20.00 | 0.00 | | 0.00 | FA |
| 123 | Parts | 50.00 | 0.00 | | 0.00 | FA |
| 124 | Portable Pipe Stand | 25.00 | 0.00 | | 0.00 | FA |
| 125 | Industrial Storage Racks (6) | 300.00 | 0.00 | | 0.00 | FA |
| 126 | Parts | 100.00 | 0.00 | | 0.00 | FA |
| 127 | Metal Rack w/Misc Metal 8' | 200.00 | 0.00 | | 0.00 | FA |
| 128 | 6' Work Bench | 50.00 | 0.00 | | 0.00 | FA |
| 129 | Shelving Unit w/Various Supplies & parts | 200.00 | 0.00 | | 0.00 | FA |
| 130 | Chop Saw, Makita | 50.00 | 0.00 | | 0.00 | FA |
| 131 | 4' Metal Table | 20.00 | 0.00 | | 0.00 | FA |
| 132 | 6'x2' Metal Work Bench | 25.00 | 0.00 | | 0.00 | FA |
| 133 | 4 Drawer Metal Organizer | 20.00 | 0.00 | | 0.00 | FA |
| 134 | Misc Hand Tools | 500.00 | 0.00 | | 0.00 | FA |
| 135 | Dura Craft Drill Press 1978 | 100.00 | 0.00 | | 0.00 | FA |
| 136 | Misc Power tools | 500.00 | 0.00 | | 0.00 | FA |
| 137 | 11.5' x 2' Work Bench | 100.00 | 0.00 | | 0.00 | FA |
| 138 | Screw/Bolt Organizer w/ parts 3'x42" | 150.00 | 0.00 | | 0.00 | FA |
| 139 | Screw/Bolt Organizer 34"x38" | 25.00 | 0.00 | | 0.00 | FA |
| 140 | 8'x3' Work Bench | 50.00 | 0.00 | | 0.00 | FA |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 9

**Case Number:** 12-04927-FLK7  
**Case Name:** WALLA WALLA GARDENERS' ASSOCIATION,

**Period Ending:** 12/31/15

**Trustee:** (670150) TERRY R. NEALEY  
**Filed (f) or Converted (c):** 11/18/12 (f)  
**§341(a) Meeting Date:** 12/11/12  
**Claims Bar Date:** 03/11/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 141 | Misc Belts and Hoses | 0.00 | 0.00 | | 0.00 | FA |
| 142 | 2 Chairs | 10.00 | 0.00 | | 0.00 | FA |
| 143 | 2 Stools | 5.00 | 0.00 | | 0.00 | FA |
| 144 | Hand truck | 10.00 | 0.00 | | 0.00 | FA |
| 145 | Rolling Tool Chest 3'x26" | 50.00 | 0.00 | | 0.00 | FA |
| 146 | Metal Storage Rack (4) | 80.00 | 0.00 | | 0.00 | FA |
| 147 | Ingersol Rand Air Cmpressor #SSRUP6-8 | 2,500.00 | 0.00 | | 0.00 | FA |
| 148 | Compressed Air Holding Tank 120 Gal | 50.00 | 0.00 | | 0.00 | FA |
| 149 | Compressed Air Holding Tank 80 Gal | 20.00 | 0.00 | | 0.00 | FA |
| 150 | Shop Press w/20 Ton Bottle Jack | 25.00 | 0.00 | | 0.00 | FA |
| 151 | Lincoln Mig Welder | 100.00 | 0.00 | | 0.00 | FA |
| 152 | Misc Sprocket Chain | 100.00 | 0.00 | | 0.00 | FA |
| 153 | Plywood 3,298 sheets | 13,192.00 | 0.00 | | 0.00 | FA |
| 154 | Wood 1,999 | 5,997.00 | 0.00 | | 0.00 | FA |
| 155 | Wood 6' wide (66) | 330.00 | 0.00 | | 0.00 | FA |
| 156 | Wood 5' wide (66) | 264.00 | 0.00 | | 0.00 | FA |
| 157 | Plastic 4x4 (155) | 3,100.00 | 0.00 | | 0.00 | FA |
| 158 | Asparagus Lugs (5,700) | 5,700.00 | 0.00 | | 0.00 | FA |
| 159 | Pallets 33x30 (640) | 3,100.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-04927-FLK7 | Trustee: | (670150) TERRY R. NEALEY |
| --- | --- | --- | --- |
| Case Name: | WALLA WALLA GARDENERS' ASSOCIATION, | Filed (f) or Converted (c): | 11/18/12 (f) |
| | | §341(a) Meeting Date: | 12/11/12 |
| Period Ending: | 12/31/15 | Claims Bar Date: | 03/11/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 160 | City of Walla Walla (u) | 0.00 | 0.00 | | 996.94 | FA |
| 161 | Petty Cash (u) | 0.00 | 0.00 | | 169.18 | FA |
| 162 | Sweet Clover Produce LLC Stock Sale (u) | 0.00 | 0.00 | | 0.00 | FA |
| 163 | Assets 26 through 159 - Sold in lump sum bid<br>  Sale of assets 26 through 159 by lump sum, sealed bid process. No value was given to each individual item. All proceeds are secured by AmericanWest bank and have been turned over to the bank. | 0.00 | 0.00 | | 25,409.69 | FA |
| 164 | Carve Out to Trustee for Admin of Real Estate (u)<br>  See asset No. 1. Property was sold through the bankruptcy estate's assistance. A carve out to the Trustee was agreed to by the lender. | 0.00 | 0.00 | | 22,500.00 | FA |
| 164 | **Assets**     Totals (Excluding unknown values) | **$1,468,160.10** | **$163,109.38** | | **$164,130.24** | **$0.00** |

**Major Activities Affecting Case Closing:**

Complicated case involving PACA claimants. 2012 Estate income tax return was filed; sale of real and personal property by sealed bid completed; sale of other vehicles by auction completed. AmericanWest Bank is secured on a large portion of both real and personal property; PACA Claimants have filed claims and determination of validity has been made. Payments to the PACA Claimants have been successfully negotiated and will be made to them from AmericanWest Bank. The 2013 Estate income tax return is in the process of being prepared by Accountant for Trustee, Brad Patton.

Administrative fees have been requested.

Will need ex parte Order allowing storage rental once the unit is no longer needed.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-04927-FLK7 | **Trustee:** (670150) TERRY R. NEALEY |
| **Case Name:** WALLA WALLA GARDENERS' ASSOCIATION, | **Filed (f) or Converted (c):** 11/18/12 (f) |
| | **§341(a) Meeting Date:** 12/11/12 |
| **Period Ending:** 12/31/15 | **Claims Bar Date:** 03/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

2014 and possibly, 2015, estate tax returns will need prepared by Brad Patton.

3/31/15. Request for Court Fees

12/31/15. Have been contacted by creditor and his attorney with questions pertaining to the shareholders. Ordered the 341 meeting transcript as well as the follow-up meeting transcript from the UST. Provided copies of the disks to them per request. TRN requested that a decision be made on course of action, if any, by January 14, 2016, in order to prevent delays in final administration of the estate.

12/31/15. The 2015 and 2016 estate tax returns to be prepared. Accountant Brad Patton has agreed to complete the final returns. His fee is $500.00 and willl be paid upon Court Order..

1/15/16. No response from creditor. Will proceed with final reporting.

**Initial Projected Date Of Final Report (TFR):** June 1, 2014     **Current Projected Date Of Final Report (TFR):** March 15, 2016

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-04927-FLK7 | Trustee: | TERRY R. NEALEY (670150) |
|---|---|---|---|
| Case Name: | WALLA WALLA GARDENERS' ASSOCIATION, | Bank Name: | Rabobank, N.A. |
| | | Account: | ******3466 - Checking Account |
| Taxpayer ID #: | **-***7120 | Blanket Bond: | $76,101,573.00 (per case limit) |
| Period Ending: | 12/31/15 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/05/13 | {162} | Sweet Clover Produce LLC | Funds from sale of stock | 1229-000 | 115,856.66 | | 115,856.66 |
| 02/05/13 | {2} | Minnick-Hayner | Trust Account Funds Held by Debtor's Attorney | 1129-000 | 15,155.26 | | 131,011.92 |
| 02/05/13 | {161} | Sterling Bank | Funds in Petty Cash Box | 1229-000 | 169.18 | | 131,181.10 |
| 02/12/13 | {13} | Kimberly A. Allen | Restitution from Kenneth Kallenberger | 1249-000 | 12.20 | | 131,193.30 |
| 02/13/13 | {14} | Citibank, N.A. | Refund Credit Balance for Home Depot Credit Card Account | 1290-000 | 15.03 | | 131,208.33 |
| 02/13/13 | {15} | Swire Coca Cola, USA | Commission on Sales of Coca Cola Vending | 1290-000 | 18.24 | | 131,226.57 |
| 02/28/13 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | 106.94 | 131,119.63 |
| 03/05/13 | 101 | Toyota Financial Services | 2010 Toyota Tundra Payoff; Acct. No. 0076274923 Asset No. 9 | 4210-000 | | 17,292.82 | 113,826.81 |
| 03/21/13 | | Macon Brothers Auctioneers | Vehicles sold at auction | | 55,320.43 | | 169,147.24 |
| | {22} | Macon Brothers Auctioneers | 1995 Ford F-150 XLT       500.00 | 1129-000 | | | 169,147.24 |
| | {18} | Jackson's Buy Sell Trade | 1987 Ford L8000           1,600.00 | 1129-000 | | | 169,147.24 |
| | {19} | Jackon's Buy Sell Trade | 1999 Wabash 48' Van Trailer  3,500.00 | 1129-000 | | | 169,147.24 |
| | {25} | Jackson's Buy Sell Trade | 1986 Great Dane 46.5' Van Trailer  3,500.00 | 1129-000 | | | 169,147.24 |
| | {20} | Jackson's Buy Sell Trade | 1991 Trailmobile 48' Van Trailer  3,000.00 | 1129-000 | | | 169,147.24 |
| | {17} | Ron Buwalda | 1980 Ford CL9000          2,250.00 | 1129-000 | | | 169,147.24 |
| | {9} | Joseph Stangel | 2010 Toyota Tundra       24,500.00 | 1129-000 | | | 169,147.24 |
| | {24} | Dave & Deborah Hansen | 1999 Kenworth Truck Tractor  11,500.00 | 1129-000 | | | 169,147.24 |
| | {16} | Den Bar Transport | 1982 GMC Flatbed Dump     3,900.00 | 1129-000 | | | 169,147.24 |
| | {23} | Dewight Lloyd Hall | 1986 Kenworth Truck       6,500.00 | 1129-000 | | | 169,147.24 |

Subtotals : $186,547.00  $17,399.76

{} Asset reference(s)

Printed: 01/29/2016 05:09 PM    V.13.25

12-04927-FLK7    Doc 190    Filed 01/29/16    Entered 01/29/16 17:09:14    Pg 12 of 16

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-04927-FLK7 | Trustee: | TERRY R. NEALEY (670150) |
|---|---|---|---|
| Case Name: | WALLA WALLA GARDENERS' ASSOCIATION, | Bank Name: | Rabobank, N.A. |
| | | Account: | ******3466 - Checking Account |
| Taxpayer ID #: | **-***7120 | Blanket Bond: | $76,101,573.00 (per case limit) |
| Period Ending: | 12/31/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Tractor | | | | |
| | {21} | Steve West | 1973 Clark 42" Flatbed Trailer & Tie Down Straps  1,640.00 | 1129-000 | | | 169,147.24 |
| | | Macon Brothers Auctioneers | Auctioneer Commission  -3,789.00 | 3610-000 | | | 169,147.24 |
| | | Macon Brothers Auctioneers | Auctioneer Expenses  -3,280.57 | 3620-000 | | | 169,147.24 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 169,137.24 |
| 04/16/13 | | Macon Brothers Auctioneers | Sale of Personal Property by Sealed Bid | | 158,245.04 | | 327,382.28 |
| | {163} | Grotz Investments LLC | Lump-sum bid for all remaining personal property  183,654.73 | 1129-000 | | | 327,382.28 |
| | | Macon Brothers Auctioneers | Auctioneer Commission  -11,019.28 | 3610-000 | | | 327,382.28 |
| | | Macon Brothers Auctioneers | Auctioneer Expenses  -2,287.00 | 3620-000 | | | 327,382.28 |
| | | Walla Walla County Treasurer | Personal Property Taxes  -10,342.30 | 4800-000 | | | 327,382.28 |
| | | TOYOTA MOTOR CREDIT CORPORATION, | Payoff of forklift sold with personal property  -1,761.11 | 4210-000 | | | 327,382.28 |
| 04/16/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -106.94 | 327,489.22 |
| 04/16/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -10.00 | 327,499.22 |
| 04/16/13 | 102 | AmericanWest Bank | Payoff of Secured 1999 Kenworth | 4210-000 | | 9,787.80 | 317,711.42 |
| 05/02/13 | 103 | Mark Jones | Consultation and assistance with assets | 2420-000 | | 313.50 | 317,397.92 |
| 05/03/13 | {160} | City of Walla Walla | Unknown - possible refund of overpayment | 1290-000 | 996.94 | | 318,394.86 |
| 06/04/13 | {6} | United States Treasury | Refund of 2007 941 Taxes | 1124-000 | 12,947.73 | | 331,342.59 |
| 06/04/13 | {6} | United States Treasury | Refund of 2007 1120 Taxes | 1124-000 | 24,512.39 | | 355,854.98 |
| 06/12/13 | {9} | Toyota Motor Credit Coporation | Refund overpayment on Tundra | 1129-000 | 3.58 | | 355,858.56 |
| 07/12/13 | 104 | Mark Jones | Consultation and assistance with assets | 2420-000 | | 139.78 | 355,718.78 |

Subtotals :  $196,705.68   $10,134.14

12-04927-FLK7    Doc 190    Filed 01/29/16    Entered 01/29/16 17:09:14    Pg 13 of 16

{} Asset reference(s)  Printed: 01/29/2016 05:09 PM   V.13.25

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 12-04927-FLK7 | Trustee: | TERRY R. NEALEY (670150) |
|---|---|---|---|
| Case Name: | WALLA WALLA GARDENERS' ASSOCIATION, | Bank Name: | Rabobank, N.A. |
| | | Account: | ******3466 - Checking Account |
| Taxpayer ID #: | **-***7120 | Blanket Bond: | $76,101,573.00  (per case limit) |
| Period Ending: | 12/31/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/05/13 | 105 | AmericanWest Bank | Proceeds from auction | | -274,101.70 | | 81,617.08 |
| | {162} | AmericanWest Bank | Funds secured by          -115,856.66<br>AmericanWest | 1221-000 | | | 81,617.08 |
| | {163} | AmericanWest Bank | Lump Sum for           -158,245.04<br>Equipment sold and<br>secured by Bank | 1129-000 | | | 81,617.08 |
| 12/20/13 | 106 | Abadie St. Mini Storage | Storage Unit for Corporate Documents | 2410-000 | | 255.00 | 81,362.08 |
| 05/08/14 | 107 | Brad Patton | Payment of Accountant for Trustee Fees | 3410-000 | | 7,720.00 | 73,642.08 |
| 05/27/14 | 108 | Abadie St. Mini Storage | Storage Unit for Corporate Documents | 2410-000 | | 265.00 | 73,377.08 |
| 07/25/14 | 109 | Abadie St. Mini Storage | Storage Unit for Corporate Docs-July & August, 2014 | 2410-000 | | 170.00 | 73,207.08 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.80 | 73,098.28 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.63 | 72,996.65 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.00 | 72,884.65 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.83 | 72,779.82 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.19 | 72,678.63 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.99 | 72,563.64 |
| | | | **ACCOUNT TOTALS** | | 109,150.98 | 36,587.34 | **$72,563.64** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 109,150.98 | 36,587.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$109,150.98** | **$36,587.34** | |

{} Asset reference(s)                                                                                                                                     Printed: 01/29/2016 05:09 PM    V.13.25

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-04927-FLK7
**Case Name:** WALLA WALLA GARDENERS' ASSOCIATION,

**Taxpayer ID #:** **-***7120
**Period Ending:** 12/31/15

**Trustee:** TERRY R. NEALEY (670150)
**Bank Name:** Rabobank, N.A.
**Account:** ******3467 - Checking Account
**Blanket Bond:** $76,101,573.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/16/13 | {164} | Land Title Company of Walla Walla | Carve-out for Trustee | 1290-002 | 22,500.00 | | 22,500.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.94 | 22,487.06 |
| 05/30/13 | 101 | Terry R. Nealey | Carve-Out From Agreement With AmericanWest Bank | 2990-000 | | 22,487.06 | 0.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.42 | -33.42 |
| 06/04/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -33.42 | 0.00 |
| 07/08/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -12.94 | 12.94 |
| 07/09/13 | 102 | Terry R. Nealey | Remaining balance of carve out - bank fee reversed | 2990-000 | | 12.94 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 22,500.00 | 22,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 22,500.00 | 22,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,500.00** | **$22,500.00** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

Case Number: 12-04927-FLK7
Case Name: WALLA WALLA GARDENERS' ASSOCIATION,
Taxpayer ID #: **-***7120
Period Ending: 12/31/15

Trustee: TERRY R. NEALEY (670150)
Bank Name: Rabobank, N.A.
Account: ******3467 - Checking Account
Blanket Bond: $76,101,573.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3466** | 109,150.98 | 36,587.34 | 72,563.64 |
| **Checking # ******3467** | 22,500.00 | 22,500.00 | 0.00 |
| | $131,650.98 | $59,087.34 | $72,563.64 |

{} Asset reference(s)

Printed: 01/29/2016 05:09 PM   V.13.25